JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| **DAVID W. SVETE,** | Case No. CV 16-7618-MWF(AJW) |
| **Petitioner,** | |
| v. | |
| **STEVE LANGFORD, Warden,** | **JUDGMENT** |
| **Respondent.** | |

It is hereby adjudged that this action is dismissed without prejudice.

Date: January 10, 2017

_____
Michael W. Fitzgerald
United States District Judge